[No. 1273-2. Division Two. March 26, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS HOLT, *Appellant*.

Appeal from a judgment of the Superior Court for Cow-

litz County, No. 4842, D. J. Cunningham, J., entered October 4, 1973. *Affirmed* by unpublished per curiam opinion.